# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-44378 |
| | § | |
| BPP TEXAS, LLC, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that, pursuant to Rule 9010(b) of the Bankruptcy Rules and section 1109(b) of the Bankruptcy Code, Sander L. Esserman and Jacob L. Newton of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation, and William R. Baldiga of Brown Rudnick LLP appear on behalf of Citizens Bank of Pennsylvania, a creditor in the above referenced bankruptcy proceedings, and respectfully request that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served on the addresses, telephone and telecopy numbers listed below:

Sander L. Esserman
Jacob L. Newton
Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201
(214) 969-4900 (telephone)
(214) 969-4999 (facsimile)
esserman@sbep-law.com
newton@sbep-law.com

William R. Baldiga
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
(212) 209-4800 (telephone)
(212) 209-4801 (facsimile)
wbaldiga@brownrudnick.com

Please take notice that James W. Stoll, Nicolas M. Dunn and Ryan S. Moore of Brown Rudnick LLP also appear on behalf of Citizens Bank of Pennsylvania, and respectfully request only electronic service, if possible, of all papers which are required to be served in this case be given to them at the email addresses below:

James W. Stoll
Nicolas M. Dunn
Ryan S. Moore
Brown Rudnick LLP
One Financial Center
Boston, MA  02111
(617) 856-8200 (telephone)
(617) 856-8120 (facsimile)
jstoll@brownrudnick.com
ndunn@brownrudnick.com
rmoore@brownrudnick.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, plans, disclosure statements, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or informal, written or oral, or whether by mail, delivery, telephone, telex or otherwise.

Dated: December 23, 2010

Respectfully submitted,

**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION**

By:  */s/ Jacob L. Newton*
    Sander L. Esserman
    State Bar No. 06671500
    Jacob L. Newton
    State Bar No. 24046523

2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900 (telephone)
(214) 969-4999 (facsimile)

-AND-

**BROWN RUDNICK LLP**

William R. Baldiga *(pro hac vice pending)*
Seven Times Square
New York, NY 10036
(212) 209-4800 (telephone)
(212) 209-4801 (facsimile)

James W. Stoll *(pro hac vice pending)*
Nicolas M. Dunn
Ryan S. Moore
One Financial Center
Boston, MA 02111
(617) 856-8200 (telephone)
(617) 856-8120 (facsimile)

**ATTORNEYS FOR
CITIZENS BANK OF PENNSYLVANIA**

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2010 a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served via court ECF notification on all parties registered for ECF and entitled to receive such service.

                                          */s/ Jacob L. Newton*
                                          Jacob L. Newton