*Adobe*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** § | **CASE NO. 10-44378** | |
| **BPP TEXAS, LLC** § | **(JOINTLY ADMINSITERED)** | |
| § | | |
| § | | |
| § | | |
| **DEBTORS** § | **CHAPTER 11** | |

### TRAVIS COUNTY'S NOTICE WITHDRAWING
### TRAVIS COUNTY'S OBJECTION TO DEBTORS' SECOND
### AMENDED JOINT CONSOLIDATED PLAN OF REORGANIZATION

**TO THE HONORABLE JUDGE OF SAID BANKRUPTCY COURT:**

**COMES NOW,** Nelda Wells Spears, Travis County Tax Collector for and on behalf of the following taxing authorities: Travis County, City of Austin, Travis County Healthcare District dba Central Health, Austin Community College, and Austin Independent School District (hereinafter the "Travis County"), by and through her attorney of record and files this Travis County's Notice Withdrawing Travis County's Notice Withdrawing Travis County's Objection to Debtors' Second Amended Joint Consolidated Plan of Reorganization. In support thereof, Travis County would show that the Debtors have modified the Joint Consolidated Plan of Reorganization. Therefore, Travis County no longer urges its Objection.

**WHEREFORE, PREMISES CONSIDERED,** Travis County respectfully

withdraws Travis County's Objection to Debtors' Second Amended Joint Consolidated Plan of Reorganization filed July 13, 2011.

**Respectfully submitted,**

**DAVID ESCAMILLA**
**Travis County Attorney**
P.O. Box 1748
Austin, Texas 78767
(512) 854-9513 Telephone
(512) 854-4808 Telecopier

By: */s/ Karon Y. Wright*
**KARON Y. WRIGHT**
Texas Bar No. 22044700
karon.wright@co.travis.tx.us

## CERTIFICATE OF SERVICE

I, Karon Y. Wright, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Notice Withdrawing Travis County's Objection to Debtors' Second Amended Joint Consolidated Plan of Reorganization**, has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **26th** day of **July 2011** and mailed by United States First Class Mail to any party listed below that is not registered.

                                                             _/s/ Karon Y. Wright_

**DEBTORS' ATTORNEY**
Munsch, Hardt, Koff & Harr, P.C.
Attn: Joseph J. Wiebelinski
      Davor Rukavina
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75202-2790

**TRUSTEE**
The Office of the United States Trustee
110 North College Avenue, Suite 300
Tyler, Texas 75702