IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BPP TEXAS, LLC, *ET. AL.*, | § | Case No. 10-44378 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## NOTICE OF EMERGENCY HEARING

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Eastern District of Texas has set an emergency hearing on the *Emergency Joint Motion of the Debtors and Citizens Bank of Pennsylvania to: (i) Extend Debtors' Exclusivity; (ii) Extend Usage Of Cash Collateral; and (iii) Continue The Automatic*, to be held before the Honorable Brenda T. Rhoades, Chief U.S. Bankruptcy Judge, on **August 1, 2011 at 10:00 a.m.**, at the U.S. Courthouse, 660 North Central Expressway, Suite 300B, Plano, Texas 75074.

Dated this 27th day of July, 2011.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
  Joseph J. Wielebinski
  Texas Bar No. 21432400
  Davor Rukavina
  Texas Bar No. 24030781
  Jonathan L. Howell
  Texas Bar No. 24053668
  3800 Lincoln Plaza
  500 N. Akard Street
  Dallas, Texas  75201-6659
  Telephone: (214) 855-7500
  Facsimile: (214) 855-7584

**ATTORNEYS FOR THE
DEBTORS-IN-POSSESSION**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on this the 27th day of July, 2011, true and correct copies of this notice were electronically served by the Court's ECF system on parties in this case subscribing to the same and that, additionally, on the same date he caused true and correct copies of this notice to be served, by U.S. first class mail, postage prepaid, on the parties listed on the attached Service List.

By: /s/ Davor Rukavina
Davor Rukavina