# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| In re: § § BPP TEXAS, LLC, *ET. AL.*, § § Debtors[1]. § § | Case No. 10-44378 Jointly Administered |

# NOTICE OF FILING RECEIVER'S MONTHLY REPORT

**PLEASE TAKE NOTICE** that pursuant to paragraph 17 of the Order Appointing Receiver [Docket No. 483], Jeffrey Kolessar (the "Receiver") hereby files his monthly reports for July 2014 (Exhibit A), August 2014 (Exhibit B) and September 1 – 18, 2014 (Exhibit C).

Respectfully submitted this 18th day of November 2014.

---

[1] The "Debtors," together with each Debtor's federal tax identification number, are: BPP Texas, LLC (26-1653379); BPP Wisconsin, LLC (26-1653455); BPP Illinois, LLC (26-1652706); BPP Iowa, LLC (26-1653122); BPP Michigan, LLC (26-1653204); and BPP Minnesota, LLC (26-1653304).

| | |
|---|---|
| Dated: November 18, 2014<br>Dallas, Texas | **STUTZMAN, BROMBERG, ESSERMAN & PLIFKA**<br>**A Professional Corporation** |

By: _____/s/ Heather J. Panko_____

Sander L. Esserman
Texas Bar No. 06671500
Jacob L. Newton
Texas Bar No. 24046523
Heather J. Panko
Texas Bar No. 24049516
2323 Bryan Street
Suite 2200
Dallas, TX 75201
T: (214) 969-4900
F: (214) 969-4999

*Counsel for Citizens Bank of Pennsylvania*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 18th day of November, she caused a true and correct copy of the foregoing pleading, including all exhibits and attachments, to be served (i) electronically by the Court's ECF system on parties in this case subscribing to the same, and (ii) by U.S. first-class mail, postage prepaid, on the party listed below:

FFC Capital Corporation
Attn: General Counsel
625 Liberty Avenue, Suite 310
Pittsburgh, PA 15222.

               */s/ Heather J. Panko*
               Heather J. Panko