IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BPP TEXAS, LLC, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Case No. 10-44378 |
| | § | (Jointly Administered) |
| | § | |
| | § | Judge Rhoades |
| | § | |

**RECEIVER'S DESIGNATION OF**
**EXHIBITS AND WITNESSES**

Jeffrey Kolessar (the "Receiver"), the court-appointed receiver in the above-captioned case, by and through his undersigned counsel, hereby submits his witness and exhibit list for the hearing on the *Receiver's Motion to Terminate Receivership and Discharge Receiver* to be held on Wednesday, April 29, 2015 at 10:00 a.m.

### I.  EXHIBITS

The Receiver reserves the right to introduce any pleadings, orders, reports or other documents filed in this case. The Receiver also reserves the right to offer or rely upon any exhibit listed or introduced by any other party, as well as to offer any additional exhibit(s) necessary for impeachment or rebuttal.

### II.  WITNESSES

The Receiver may call the following witnesses:

1. Jeffrey Kolessar
   Court Appointed Receiver
   Eight Penn Center 23rd floor
   Philadelphia, Pa 19103

    2.    Any witness designated or called by any other party.

    3.    Any additional witness(es) necessary for impeachment or rebuttal.

The Receiver further reserves the right to supplement or amend this Designation.

Dated: April 24, 2015

Respectfully submitted,

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION**

By: */s/ Heather J. Panko*

Sander L. Esserman
Texas Bar No. 06671500
Peter C. D'Apice
Texas Bar No. 05377783
Heather J. Panko
Texas Bar No. 24049516
2323 Bryan Street
Suite 2200
Dallas, TX 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

*Counsel for the Receiver*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of April 2015, she caused a true and correct copy of the foregoing pleading to be served (i) electronically by the Court's ECF system on all parties in this case subscribing to the same, and (ii) by U.S. first-class mail, postage prepaid, on the party listed below.

FFC Capital Corporation
Attn: General Counsel
625 Liberty Ave., Suite 3110
Pittsburgh, PA 15222

                                                         */s/      Heather J. Panko*
                                                              Heather J. Panko