# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re:<br><br>BPP TEXAS, LLC, *ET. AL.*,<br><br>Debtors[1]. | §<br>§<br>§<br>§<br>§ | Case No. 10-44378<br><br>Jointly Administered |

## NOTICE OF FILING RECEIVER'S SUPPLEMENTAL FINAL REPORT

**PLEASE TAKE NOTICE** that Jeffrey Kolessar (the "Receiver") hereby files his Supplemental Final Receiver's Report.

Respectfully submitted this 24th day of April 2015.

---

[1] The "Debtors," together with each Debtor's federal tax identification number, are: BPP Texas, LLC (26-1653379); BPP Wisconsin, LLC (26-1653455); BPP Illinois, LLC (26-1652706); BPP Iowa, LLC (26-1653122); BPP Michigan, LLC (26-1653204); and BPP Minnesota, LLC (26-1653304).

|  |  |
|---|---|
| Dated:  April 24, 2015<br>Dallas, Texas | **STUTZMAN, BROMBERG, ESSERMAN & PLIFKA**<br>**A Professional Corporation** |

By:  _____*/s/ Heather J. Panko*_____

    Sander L. Esserman
    Texas Bar No. 06671500
    Peter C. D'Apice
    Texas Bar No. 05377783
    Heather J. Panko
    Texas Bar No. 24049516
    2323 Bryan Street
    Suite 2200
    Dallas, TX 75201
    T:  (214) 969-4900
    F:  (214) 969-4999


    *Counsel for the Receiver*

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on this 24th day of April, she caused a true and correct copy of the foregoing pleading, including all exhibits and attachments, to be served (i) electronically by the Court's ECF system on parties in this case subscribing to the same, and (ii) by U.S. first-class mail, postage prepaid, on the party listed below:

FFC Capital Corporation
Attn: General Counsel
625 Liberty Ave., Suite 3110
Pittsburgh, PA 15222

                */s/ Heather J. Panko*
                Heather J. Panko