# EXHIBIT A

Citizen Bank 15 Property Portfolio
Summary of Cash Receipts and Disbursements
December 13, 2013 - September 18, 2014

RECEIPTS (12/13/13-9/18/14)

| | | |
|---|---:|---:|
| Cash Deposits | 4,683,253.45 | |
| Credit Card Receipts | 8,408,208.93 | |
| Due to/From Funding | 1,522,907.64 | |
| Proceeds from Sale | 500,000.00 | |
| Proceeds from Sale of Real Estate | 28,349,136.65 | |
| Total Receipts | | 43,463,506.67 |

DISBURSEMENTS (12/1313-9/18/14)

| | | |
|---|---:|---:|
| Payroll | (3,727,822.55) | |
| Paid bills (including ACH payments, voided checks) | (9,649,723.01) | |
| Credit Card Commission/Bank Fees | (273,204.12) | |
| Wire at Closing | (623,647.19) | |
| Holdback for Misc items | (10,000.00) | |
| Proceeds from Sale of Real Estate paid directly to Plaintiff | (28,349,136.65) | |
| Total Disbursements | | (42,633,533.52) |

Cash at conclusion of receivership (**as of 12/17/14**)          **          $829,973.15

**Cash on Hand at Conclusion of Receivership to be distributed per the Court's Order Appointing Receiver.

UPDATE ON ACCOUNTING ACTIVITY FROM PREVIOUS SUBMITTED REPORT **AS OF 4/19/15**

| | |
|---|---:|
| Deposits | 116,064.70 |
| Funds to Citizens | (250,000.00) |
| Paid bills (including ACH payments, voided checks) | (25,320.56) |
| Bank Fees | (1,077.95) |

**Total Funds Remaining as of 4/19/15**          $669,639.34